UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil File No. 05-618 MJD/JGL

SCOTT MALCOLM and TIM MCGOUGH, as Trustees of
the Carpenters & Joiners Welfare Fund, Twin City
Carpenters Pension Master Trust Fund, Carpenters
and Joiners Apprenticeship and Journeymen Training
Trust Fund, and Twin City Carpenters Vacation Fund;
and each of their successors,

MIKE GAVANDA and GARY LARSON, as Trustees of the
Painters and Allied Trades District Council No. 82
Health Care Fund; JOHN BOSQUEZ and GARY LARSON, as
Trustees of the Minneapolis Local 386 Drywall Finishing
Industry Pension Fund, Minneapolis Painting Industry
Pension Fund, Minneapolis Painting Industry Vacation
and Holiday Fund; MICHAEL GAVANDA and
JAMES SMALLEN, as Trustees of the Minnesota
Finishing Trades Training Fund;
and each of their successors,

   Plaintiffs,

vs.                  **ORDER FOR DISMISSAL**

VALLEY BROOK DRYWALL & CONST INC., and
JAMES LARSON, individually,

   Defendants.

IT IS HEREBY ORDERED, that the above referenced matter is dismissed, without prejudice.


Dated: July 7, 2005.      s/ Michael J. Davis
             The Honorable Michael J. Davis
             United States District Court

1

malcolm.ord.63005.DOC

2